■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD DEGRIJZE, Appellant. [716 NYS2d 603] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 28, 1993 (*People v DeGrijze,* 194 AD2d 801), affirming a judgment of the Supreme Court, Queens County, rendered April 15, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Santucci, Thompson and S. Miller, JJ., concur.